IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.:  4:12CR000062-001F

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )      CONSENT ORDER
                                    )
LEIGH M. VELEZ,                     )
                                    )
            Defendant,              )

The parties hereto stipulate and agree to the following terms:

WHEREAS, the defendant, Leigh M. Velez, (Velez) was ordered to pay a special assessment of $100.00 and restitution of $72,118.52, upon the criminal judgment entered against Velez on September 6, 2012.  The current balance owed on the judgment is $62,924.52;

WHEREAS, Velez desires to publicly market and sell a 2010 19" Carolina Skiff Boat, owed by her and currently located at 114 Seaward Drive, Atlantic, North Carolina.  Velez consents that all proceeds from said sale will be applied to the judgment amount owed after all encumbrances have been paid and satisfied.

WHEREAS, the United States of America agrees to forego the immediate execution on said property and allow Velez a reasonable amount of time to publicly market and sell said property.

The parties further agree that should the property remain unsold for over six (6) months, then and in that event, the United States

of America may execute on and sell the property in a manner it deems appropriate and any sale proceeds will be applied to the judgment debt owed by Velez after all prior encumbrances have been paid and satisfied.

This _27_ day of _____June_____, 2013.

_____James C. Fox_____

JAMES C. FOX
SENIOR US DISTRICT JUDGE

CONSENTED TO BY:

G. NORMAN ACKER, III
Assistant United States Attorney

JULIE M. YOUNTS
Deputy, United States Marshall
Financial Investigator

LEIGH M. VELEZ
Judgment Defendant