IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:12-CR-62-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEIGH M. VELEZ, | ) | |
| | ) | |
| Defendant, | ) | |

For good cause having been shown upon Plaintiff's Motion, it is hereby ordered by the Court that the Court's Financial Section is authorized to credit $3,994.63 toward the restitution ordered.

SO ORDERED this 11th day of July, 2013.

_____
JAMES C. FOX
Senior, United States District Judge